UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS, | No. 2:23-cv-00285-CKD |
| Plaintiff, | |
| v. | ORDER |
| N. IKEGBU, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

By separate order, the court screened plaintiff's complaint and gave him the option of proceeding on the Eighth Amendment deliberate indifference claims against defendants Ikegbu, Osman, Haile, and Patterson or of amending his complaint to fix the deficiencies with respect to the remaining defendant and claims. Currently pending before the court are plaintiff's two motions for a temporary restraining order requiring defendants to provide him with cervical disc arthroplastic surgery, as recommended by Dr. Senegor on November 15, 2021, and with the pain medication regimen prescribed by this same doctor on March 14, 2022. ECF Nos. 3, 8. In his verified motions, plaintiff indicates that this surgery has yet to be authorized by defendants, much less scheduled. Based on defendants' denial of this surgery and the reduction in his pain

1

medication, plaintiff "has lost his ability to walk, control body functions and continues to diminish daily…." ECF No. 3 at 2.  Based on the court's review of the pending motions, the Supervising Deputy Attorney General will be required to enter a special appearance in this action prior to service of the complaint, and to file a response to plaintiff's motions seeking injunctive relief.  This response shall address what action(s) have been taken since November 2021 regarding the recommended surgery as well as what changes, if any, have been made to plaintiff's pain medication(s) since March 14, 2022.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court serve a copy of this order and plaintiff's motions for a temporary restraining order (ECF Nos. 3, 8) on Supervising Deputy Attorney General Monica N. Anderson, 1300 I Street, Suite 125, Sacramento, CA 95814.
2. Within 14 days from the date of service of this order, Supervising Deputy Attorney General Anderson is directed to file a special appearance in this action and to respond to plaintiff's motions for a temporary restraining order.

Dated:  May 1, 2023

_/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/cort0285.tro.response

2