1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY WILLIAM CORTINAS,                    No.  2:23-cv-00285-TLN-CKD

12                    Plaintiff,

13            v.                                 **ORDER**

14    N. IKEGBU, et al.,

15                    Defendants.

16

17            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20            On June 16, 2023, the magistrate judge filed findings and recommendations herein which

21    were served on Plaintiff, and which contained notice to Plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to

23    the findings and recommendations.

24            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26    Court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    /////

                                                1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 16, 2023 (ECF No. 21) are ADOPTED IN FULL; and

2. Plaintiff's motions for a temporary restraining order and/or preliminary injunction (ECF Nos. 3, 8) are DENIED.

Dated:  July 12, 2023

Troy L. Nunley
United States District Judge