UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS, | No. 2:23-cv-00285-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| N. IKEGBU, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 1, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 1, 2023 (ECF No. 30) are ADOPTED IN FULL;
2. The Court DISMISSES Plaintiff's First Amendment Retaliation claim and civil conspiracy claim without leave to amend, and Defendant's Gates, Newman, and Benavidez and Cueva are DISMISSED from this action; and
3. This action will proceed on Plaintiff's Eighth Amendment deliberate indifference claim against Defendants Ikegbu, Osman, Haile, and Patterson.

Date:  December 20, 2023

_____
Troy L. Nunley
United States District Judge