IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY WILLIAM CORTINAS,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**N. IKEGBU, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:23-cv-00285-TLN-CKD<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING ADR PROJECT |

　　　Having read and considered the Motion to Opt Out of Post-Screening ADR Project filed by Defendants Haile, Ikegbu, Osman, and Patterson and the declaration of counsel supporting the Motion, and for good cause appearing, the Motion is **GRANTED**.

　　　Accordingly, **IT IS HEREBY ORDERED THAT**:

　　　1.　Defendants' motion to opt out of participation in this District's Post-Screening ADR Project (ECF No. 50) is **GRANTED**; and

　　　2.　The Court lifts the current stay of this action for participation in the Post-Screening ADR Project.

　　　3.　Defendants shall file a response to the First Amended Complaint within 21 days from the date of this order.

\ \ \

1     **IT IS SO ORDERED**.

Dated: March 21, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE