UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>N. IKEGBU, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-00285-TLN-CKD<br><br>**ORDER** |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 18, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 55.)  The time to file objections has passed, and neither party filed objections to the findings and recommendations.

　　　　The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on July 18, 2024 (ECF No. 55), are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice;
3. Defendants' Motion to Revoke Plaintiff's In Forma Pauperis Status (ECF No. 52) is DENIED as moot; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Date: September 16, 2024

_____
Troy L. Nunley
United States District Judge

2